

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2021

No. 04-20-00391-CV

**IN THE ESTATE OF SHIRLEY L. WIATREK, DECEASED**

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
Honorable John D. Hutchinson, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **March 29, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court